Bernard NEWMAN, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 35568.

Missouri Court of Appeals, Western District.

July 24, 1984.

Joseph H. Locascio and Mimi Droll, Kansas City, for appellant.

John Ashcroft Atty. Gen., and Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before KENNEDY, P.J., and NUGENT and BERREY, JJ.

ORDER

PER CURIAM:

Appeal from order denying relief on Rule 27.26 motion to vacate conviction and sentence for first-degree robbery.

Affirmed. Rule 84.16(b).